IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMERICAN ZURICH INSURANCE COMPANY,** *et al.*,

     **Plaintiffs,**

  vs.                                Civil Action 2:12-cv-1036
                                       Judge Watson
                                       Magistrate Judge King

**SUNLIGHT TRANSPORT, LLC,** *et al.*,

     **Defendants.**

## ORDER

Upon joint motion, Doc. No. 12, the preliminary pretrial conference currently scheduled for January 24, 2013, is **VACATED**. The conference will be rescheduled, if otherwise appropriate, following resolution of the anticipated motion for summary judgment.

                                            *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
                                   United States Magistrate Judge

Date: January 11, 2013